IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN P. HALLORAN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 05-010-GPM |
| | ) |
| DARLENE A. VELTRI, | ) |
| | ) |
| Respondent. | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

Petitioner, an inmate in the Federal Correctional Institution in Greenville, Illinois, brings this habeas corpus action pursuant to 28 U.S.C. § 2241. In this action, Petitioner challenges the manner in which the Bureau of Prisons has calculated his good conduct credit. Petitioner states that he is entitled to 54 days per year. However, the Seventh Circuit Court of Appeals recently has upheld the Bureau's method of calculating good conduct credit. *White v. Scibana*, 390 F.3d 997, 1003 (7th Cir. 2004). *See also Pacheco-Camacho v. Hood*, 272 F.3d 1266 (9th Cir. 2001).

Therefore, the petition for writ of habeas corpus is **DENIED**, and this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: 08/17/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge